

# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York

New Jersey

Miami

San Francisco

Los Angeles

Orange County

Washington, D.C.

Chicago

Atlanta

London

www.pecklaw.com

**Via ECF**

January 18, 2013

Hon. James Orenstein, U.S.M.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Jose Ceballos v. Cobble Hill Health Center, Inc.
      EDNY Docket No.: 12-2156
      Our File No.: 3710/227170

Dear Judge Orenstein:

This firm represents Defendant in the above referenced matter. We write with the consent of Plaintiff's counsel and on behalf of all parties to advise Your Honor that a settlement has been finalized and executed by all parties.

Plaintiff's Complaint alleges violations of the Fair Labor Standards Act ("FLSA"). As such, in order for the settlement and release of claims to be valid it must be approved by the Court. Accordingly, the parties are respectfully requesting that the Court consider and enter an Order approving the settlement during the January 29, 2013 telephone conference, should the Court be so inclined.

If Your Honor has any questions, please do not hesitate to contact me. We thank the Court for its oversight of this matter.

Respectfully submitted,

ROBERT H. BENACCHIO

cc: Francisco Castillo, Esq.

